# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 423 EAL 2018

           Respondent            :

           :    Petition for Allowance of Appeal from

           :    the Order of the Superior Court

           v.            :

DAVID COIT,            :

           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.